AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

| | |
|---|---|
| JOHN WALTERS<br>*Plaintiff*<br>MICHAEL MARTIN, Warden, Huttonsville Correctional Center<br>*Defendant* | ) ) ) ) ) ) Civil Action No. 5:17-CV-96 |

FILED
SEP 12 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ other: that the Magistrate Judge's Report and Recommendation is AFFIRMED and ADOPTED; that Respondent's motion for Summary Judgment is GRANTED; that Petitioner's Petition is Denied; that Petitioner's Objections are OVERRULED; that Respondent's Motion for withdrawal and termination of counsel is GRANTED; that Certificate of Appealability is DENIED; and that this civil action is DISMISSED WITH PREJUDICE and STRICKEN from the active docket of this Court.

This action was *(check one)*:

☐ decided by Judge FREDERICK P. STAMP, JR.

Date: 09/12/2019

**Cheryl Dean Riley**
*CLERK OF COURT*

S. O. Abraham, Deputy Clerk

*S. O. Abraham*
*Signature of Clerk or Deputy Clerk*